No. 795. PLOW CITY STEAMSHIP Co. v. TEXAS GULF SULPHUR Co., INC. January 19, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third

Circuit denied. The CHIEF JUSTICE took no part in the consideration and decision of this application. *Messrs. James S. Benn, Jr.* and *George E. Beechwood* for petitioner. *Mr. Otto Wolff, Jr.* for respondent.